The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VIVIANA SANCHEZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA; and DOES 1-20, inclusive,<br><br>    Defendants. | Case No.: 2:26-cv-00763<br><br><br>**STIPULATED MOTION AND  ORDER REGARDING BRIEFING SCHEDULE AND CONTINUATION OF DATES**<br><br>**NOTE ON MOTION CALENDAR:**<br>*April 21, 2026* |

**STIPULATED MOTION AND ORDER REGARDING BRIEFING SCHEDULE AND CONTINUATION OF DATES**

Page 1

**CROSNER LEGAL, P.C.**
92 Lenora Street, #179
Seattle, WA 98121
Tel.  (866) 276-7637
Fac. (310) 510-6429

Plaintiff Viviana Sanchez ("Plaintiff") and Defendant Laboratory Corporation of America ("Defendant") (collectively the "Parties"), by and through their undersigned attorneys, STIPULATE AND AGREE as follows:

1. On January 30, 2026, Plaintiff filed her Class Action Complaint for Damages in King County Superior Court (Case No. 26-2-04298-5).

2. On February 17, 2026, Plaintiff served written discovery on Defendant.

3. On March 5, 2026, Defendant removed Plaintiff's complaint to the instant Court. (*See* Dkt. #1).

4. On March 16, 2026, Defendant filed its Answer. (*See* Dkt. #11).

5. On March 17, 2026, the Court issued an Order Regarding Initial Disclosures and Joint Status Report, which sets various deadlines for the 26(f) conference, initial disclosures, joint status report and discovery plan. (*See* Dkt. #14).

6. On April 1, 2026, Plaintiff filed her Motion to Remand, which is currently scheduled for hearing without oral argument on April 29, 2026. (*See* Dkt. #15).

7. Defendant's Opposition to Plaintiff's Motion to Remand is due for filing on April 22, 2026, and Plaintiff's Reply is due for filing on April 29, 2026.

8. Accordingly, to conserve Court and party resources, the Parties respectfully request that the Court vacate the deadlines within the Court's Order Regarding Initial Disclosures and Joint Status Report, dated March 17, 2026, and issue an order setting new dates and deadlines following the Court's ruling on Plaintiff's Motion to Remand.

STIPULATED AND AGREED this 21st day of April, 2026.

[signatures on the following page]

**STIPULATED MOTION AND ORDER REGARDING BRIEFING SCHEDULE AND CONTINUATION OF DATES**

Page 2

**CROSNER LEGAL, P.C.**
92 Lenora Street, #179
Seattle, WA 98121
Tel.  (866) 276-7637
Fac. (310) 510-6429

**CROSNER LEGAL, P.C.**

By: *s/ Jamie K. Serb*
Jamie K. Serb, WSBA No. 62065
Zachary M. Crosner, WSBA No. 61644
92 Lenora Street, #179
Seattle, WA 98121
Telephone: (866) 276-7637
Email: jamie@crosnerlegal.com
      zach@crosnerlegal.com

*Attorneys for Plaintiff*


**SEBRIS BUSTO JAMES**

By: *s/ Jeffrey A. James*
Jeffrey A. James
jjames@sbj.law
15375 SE 30th PL, Suite 310
Bellevue, Washington 98007
Telephone: 425-454-4233

KELLEY DRYE & WARREN
Judy H. Juang (*admitted pro hac vice*)
jjuang@kelleydrye.com
350 South Grand Ave., Suite 3800
Los Angeles, California 90071
Telephone: 215.547.4912

Mark Konkel (*admitted pro hac vice*)
mknonkel@kelleydrye.com
3 World Trade Center
175 Greenwich St.
New York, New York 10007
Telephone: 212-808-7959


*Attorneys for Defendant*

STIPULATED MOTION AND
ORDER REGARDING BRIEFING
SCHEDULE AND CONTINUATION
OF DATES

Page 3

**CROSNER LEGAL, P.C.**
92 Lenora Street, #179
Seattle, WA 98121
Tel.  (866) 276-7637
Fac. (310) 510-6429

**ORDER**

IT IS SO ORDERED.


Dated this 22nd day of April, 2026.


*[signature]*

Kymberly K. Evanson
United States District Judge


*Presented by:*


By: *s/ Jamie K. Serb*
Jamie K. Serb, WSBA No. 62065
**CROSNER LEGAL, P.C.**
92 Lenora Street, #179
Seattle, WA 98121
Telephone: (866) 276-7637
Email: jamie@crosnerlegal.com
        *Attorneys for Plaintiff*


By: *s/ Jeffrey A. James*
 Jeffrey A. James
 **SEBRIS BUSTO JAMES**
 jjames@sbj.law
 15375 SE 30th PL, Suite 310
 Bellevue, Washington 98007
 Telephone: 425-454-4233


 KELLEY DRYE & WARREN
 Judy H. Juang (*admitted pro hac vice*)
 jjuang@kelleydrye.com
 350 South Grand Ave., Suite 3800
 Los Angeles, California 90071
 Telephone: 215.547.4912


 Mark Konkel (*admitted pro hac vice*)


**STIPULATED MOTION AND
ORDER REGARDING BRIEFING
SCHEDULE AND CONTINUATION
OF DATES**

Page 4

**CROSNER LEGAL, P.C.**
92 Lenora Street, #179
Seattle, WA 98121
Tel.  (866) 276-7637
Fac. (310) 510-6429

mknonkel@kelleydrye.com
3 World Trade Center
175 Greenwich St.
New York, New York 10007
Telephone: 212-808-7959
*Attorneys for Defendant*

**STIPULATED MOTION AND
ORDER REGARDING BRIEFING
SCHEDULE AND CONTINUATION
OF DATES**

Page 5